ZURICH GENERAL ACCIDENT & LIABILITY INSURANCE COMPANY, LTD., Appellant, v. BETHLEHEM STEEL COMPANY, Respondent.

Present — O'Malley, Townley, Untermyer, Cohn and Callahan, JJ.; Untermyer and Callahan, JJ., dissent in part; dissenting opinion by Untermyer, J. [See *sub nom. Zurich Gen. A. & L. Ins. Co., Ltd.*, v. *Lackawanna S. Co.*, 164 Misc. 498.]

UNTERMYER, J. (dissenting in part). I dissent in part and vote to reverse the order and judgment ' appealed from in so far as they limit the plaintiff's recovery, and grant judgment for the relief demanded in the complaint, for the reasons stated by Judge Hand in the opinion of the Circuit Court of Appeals, Second Circuit, in *Anglo-Continentale Treuhand A. G.*, v. *St. Louis Southwestern Ry. Co.* (81 F. [2d] 11; certiorari denied *Henwood, Trustee* v. *Anglo-Continentale Treuhand A. G.*, 298 U. S. 655). In addition, in our opinion, the prior judgments are *res adjudicata* as to those coupons now sued on which were detached from the forty bonds involved in the prior suits.

Callahan, J., concurs.